| From: | Endersby, Austen C. <AEndersby@foxrothschild.com> |
|---|---|
| Sent: | Tuesday, August 27, 2019 7:30 PM |
| To: | Krause, Andrew; Sheasby, Jason; Turner, Ellisen; Troy Smith; Cole Carlson; Stephen G. Anderson, Ph.D. |
| Cc: | Doroshow, James E.; Schwartz, Jeff E.; Puri, Ashe P.; McNamara, Megan A.; Albert, Roxanne; von Hartmann, Andrea |
| Subject: | RE: DePuy v. VOI - Notice of Subpoenas |

Dear Andrew,

We confirm that Dr. Hulse is available on October 23, 2019 in Austin, Texas.

We have reached out to Dr. Beale (who is currently traveling overseas with limited access to email/phone) to confirm that September 19, 2019 in Sugarland, Texas still works for him.

Please confirm that you will be withdrawing the existing Subpoenas.

Regards,
Austen

**Austen C. Endersby**
Partner
**Fox Rothschild LLP**
(202) 461-3118
AEndersby@foxrothschild.com

---

**From:** Krause, Andrew <AKrause@irell.com>
**Sent:** Tuesday, August 27, 2019 3:52 PM
**To:** Endersby, Austen C. <AEndersby@foxrothschild.com>; Sheasby, Jason <JSheasby@irell.com>; Turner, Ellisen <ETurner@irell.com>; Troy Smith <troy.smith@gray-robinson.com>; Cole Carlson <Cole.Carlson@gray-robinson.com>; Stephen G. Anderson, Ph.D. <Stephen.Anderson@gray-robinson.com>
**Cc:** Doroshow, James E. <JDoroshow@foxrothschild.com>; Schwartz, Jeff E. <JESchwartz@foxrothschild.com>; Puri, Ashe P. <apuri@foxrothschild.com>; McNamara, Megan A. <mmcnamara@foxrothschild.com>; Albert, Roxanne <RAlbert@foxrothschild.com>; von Hartmann, Andrea <avonhartmann@foxrothschild.com>
**Subject:** [EXT] RE: DePuy v. VOI - Notice of Subpoenas

Austen,

We will accept September 19 in Sugarland, Texas for Dr. Beale, and October 23 in Austin, Texas for Dr. Hulse. Please confirm and we will serve updated notices for their depositions.

Thanks,
Andrew

Composite Exhibit B

**From:** Endersby, Austen C. <AEndersby@foxrothschild.com>
**Sent:** Monday, August 26, 2019 12:54 PM
**To:** Sheasby, Jason <JSheasby@irell.com>; Krause, Andrew <AKrause@irell.com>; Turner, Ellisen <ETurner@irell.com>; Troy Smith <troy.smith@gray-robinson.com>; Cole Carlson <Cole.Carlson@gray-robinson.com>; Stephen G. Anderson, Ph.D. <Stephen.Anderson@gray-robinson.com>
**Cc:** Doroshow, James E. <JDoroshow@foxrothschild.com>; Schwartz, Jeff E. <JESchwartz@foxrothschild.com>; Puri, Ashe P. <apuri@foxrothschild.com>; McNamara, Megan A. <mmcnamara@foxrothschild.com>; Albert, Roxanne <RAlbert@foxrothschild.com>; von Hartmann, Andrea <avonhartmann@foxrothschild.com>
**Subject:** RE: DePuy v. VOI - Notice of Subpoenas


Dear Jason,

We are working with two extremely busy veterinary surgeons to identify available dates as quickly as we can. Please keep in mind that we promptly notified you as a courtesy that neither Dr. Beale nor Dr. Hulse would be available on the noticed dates. Please also keep in mind you did not serve us the subpoenas until late on a Friday night (approximately 9:50 p.m.).

Indeed, the subpoenas to Dr. Hulse and Dr. Beale are defective under the Middle District of Florida Local Rules because DePuy failed to give the deponents adequate notice. Local Rule 3.02 provides: "Unless otherwise stipulated by all interested parties pursuant to Rule 29, Fed. R. Civ. P., and excepting the circumstances governed by Rule 30(a), Fed. R. Civ. P., a party desiring to take the deposition of any person upon oral examination shall give at least fourteen (14) days notice in writing to every other party to the action and to the deponent (if the deponent is not a party)." The subpoenas—which noticed the depositions for August 29th and 30th—were served on August 19th (the date Fox Rothschild agreed to accept service on behalf of Dr. Beale and Dr. Hulse), so DePuy failed to give the required 14 days notice to the deponents. DePuy also failed to give VOI's counsel 14 days notice of Dr. Hulse's deposition since the notice of subpoenas was served on August 16th.

Moreover, the Middle District discovery handbook provides: "An attorney is expected to accommodate the schedules of opposing counsel. In doing so, the attorney should normally pre-arrange a deposition with opposing counsel before serving the notice. If this is not possible, counsel may unilaterally notice the deposition while at the same time indicating a willingness to be reasonable about any necessary rescheduling. … Additionally, Local Rule 3.02 requires the party noticing the deposition to give **_a minimum of fourteen days' written notice to every other party and the deponent_**, absent agreement or an order based upon some exigent circumstance. And **_giving substantially more than fourteen days notice is strongly encouraged_**." (emphasis added). DePuy did not follow these guidelines.

Indeed, we do not believe it would be appropriate to schedule these depositions while VOI's Motion to Stay is pending. In any event, the witnesses can be available for deposition as follows:

Dr. Beale:

As we previously advised, Dr. Beale is not available to be deposed on the noticed date (August 30th) because he will be overseas. Dr. Beale is currently available on:

- September 19, 2019 (beginning at 11:00 a.m.)
- September 20, 2019 (with a hard stop at 3:30 p.m.)

- October 11, 2019 (with a hard stop at 3:30 p.m.)

In addition, for the convenience of the witness, the location of the deposition will need to be moved from Houston, Texas to Sugarland, Texas. In light of Dr. Beale's availability, please advise whether you will agree to re-notice his deposition for one of the above dates and location.

Dr. Hulse:

Dr. Hulse is not available to be deposed on the noticed date (August 29th) or any date in September. In addition to pre-scheduled veterinary surgeries he is scheduled to perform, Dr. Hulse will be traveling extensively overseas and domestically for veterinary conferences and meetings in late August and throughout September and most of October.

Dr. Hulse is currently available on October 23, 2019 (beginning at 11:00 a.m.).

In light of your comment that "[t]he date will need to be in September," please advise whether you will reconsider and allow Dr. Hulse's deposition to go forward as set forth above in October. Otherwise, we will have no choice but to file a Motion to Quash the Hulse subpoena. We are hopeful that you will agree to accommodate Dr. Hulse's schedule and will not force us to file a Motion to Quash.

Regards,
Austen


**Austen C. Endersby**
Partner
**Fox Rothschild LLP**
(202) 461-3118
AEndersby@foxrothschild.com

---

**From:** Sheasby, Jason <JSheasby@irell.com>
**Sent:** Monday, August 26, 2019 9:46 AM
**To:** Endersby, Austen C. <AEndersby@foxrothschild.com>; Krause, Andrew <AKrause@irell.com>; Turner, Ellisen <ETurner@irell.com>; Troy Smith <troy.smith@gray-robinson.com>; Cole Carlson <Cole.Carlson@gray-robinson.com>; Stephen G. Anderson, Ph.D. <Stephen.Anderson@gray-robinson.com>
**Cc:** Doroshow, James E. <JDoroshow@foxrothschild.com>; Schwartz, Jeff E. <JESchwartz@foxrothschild.com>; Puri, Ashe P. <apuri@foxrothschild.com>; McNamara, Megan A. <mmcnamara@foxrothschild.com>; Albert, Roxanne <RAlbert@foxrothschild.com>; von Hartmann, Andrea <avonhartmann@foxrothschild.com>
**Subject:** [EXT] Re: DePuy v. VOI - Notice of Subpoenas

Austen. We have waiting close to a week for you to provide us with dates. Please do so promptly.

Best
JS

On Aug 21, 2019, at 8:10 PM, Sheasby, Jason <JSheasby@irell.com<mailto:JSheasby@irell.com>> wrote:

Dear Austen:

Thank you for your email.

Unfortunately we cannot agree to withdraw the subpoenas unless there is a firm date confirmed. The date will need to be in September.

Thank You

JS

_____

From: Endersby, Austen C. [AEndersby@foxrothschild.com<mailto:AEndersby@foxrothschild.com>]
Sent: Wednesday, August 21, 2019 7:34 PM
To: Krause, Andrew; Sheasby, Jason; Turner, Ellisen; Troy Smith; Cole Carlson; Stephen G. Anderson, Ph.D.
Cc: Doroshow, James E.; Schwartz, Jeff E.; Puri, Ashe P.; McNamara, Megan A.; Albert, Roxanne; von Hartmann, Andrea
Subject: RE: DePuy v. VOI - Notice of Subpoenas


Dear Counsel,

Although the responses to these subpoenas are not yet due, and they will be responded to in due course, as a courtesy to you we wanted to let you know that neither Dr. Beale nor Dr. Hulse is available to be deposed on the noticed dates. They will be overseas on those dates. We will get back to you with a list of available dates in September and/or October.

Regards,
Austen

Austen C. Endersby
Partner
Fox Rothschild LLP
(202) 461-3118
AEndersby@foxrothschild.com<mailto:%20AEndersby@foxrothschild.com>


From: Krause, Andrew <AKrause@irell.com<mailto:AKrause@irell.com>>
Sent: Friday, August 16, 2019 9:49 PM
To: Endersby, Austen C. <AEndersby@foxrothschild.com<mailto:AEndersby@foxrothschild.com>>; Doroshow, James E. <JDoroshow@foxrothschild.com<mailto:JDoroshow@foxrothschild.com>>; Schwartz, Jeff E. <JESchwartz@foxrothschild.com<mailto:JESchwartz@foxrothschild.com>>; Puri, Ashe P. <apuri@foxrothschild.com<mailto:apuri@foxrothschild.com>>; McNamara, Megan A. <mmcnamara@foxrothschild.com<mailto:mmcnamara@foxrothschild.com>>; Albert, Roxanne <RAlbert@foxrothschild.com<mailto:RAlbert@foxrothschild.com>>; von Hartmann, Andrea <avonhartmann@foxrothschild.com<mailto:avonhartmann@foxrothschild.com>>
Cc: Sheasby, Jason <JSheasby@irell.com<mailto:JSheasby@irell.com>>; Turner, Ellisen <ETurner@irell.com<mailto:ETurner@irell.com>>; Troy Smith <troy.smith@gray-robinson.com<mailto:troy.smith@gray-robinson.com>>; Cole Carlson <Cole.Carlson@gray-robinson.com<mailto:Cole.Carlson@gray-robinson.com>>; Stephen G. Anderson, Ph.D. <Stephen.Anderson@gray-robinson.com<mailto:Stephen.Anderson@gray-robinson.com>>
Subject: [EXT] DePuy v. VOI - Notice of Subpoenas

Counsel,

Please see attached.

Many thanks,
Andrew

Andrew Krause
Irell & Manella LLP

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

|  |  |
|---|---|
| **From:** | Sheasby, Jason <JSheasby@irell.com> |
| **Sent:** | Tuesday, August 27, 2019 3:54 PM |
| **To:** | Krause, Andrew |
| **Cc:** | Endersby, Austen C.; Turner, Ellisen; Troy Smith; Cole Carlson; Stephen G. Anderson, Ph.D.; Doroshow, James E.; Schwartz, Jeff E.; Puri, Ashe P.; McNamara, Megan A.; Albert, Roxanne; von Hartmann, Andrea |
| **Subject:** | [EXT] Re: DePuy v. VOI - Notice of Subpoenas |

Austen. We also need the documents in advance of the deposition.

Best
JS

On Aug 27, 2019, at 12:51 PM, Krause, Andrew <AKrause@irell.com<mailto:AKrause@irell.com>> wrote:

Austen,

We will accept September 19 in Sugarland, Texas for Dr. Beale, and October 23 in Austin, Texas for Dr. Hulse. Please confirm and we will serve updated notices for their depositions.

Thanks,
Andrew

From: Endersby, Austen C. <AEndersby@foxrothschild.com<mailto:AEndersby@foxrothschild.com>>
Sent: Monday, August 26, 2019 12:54 PM
To: Sheasby, Jason <JSheasby@irell.com<mailto:JSheasby@irell.com>>; Krause, Andrew <AKrause@irell.com<mailto:AKrause@irell.com>>; Turner, Ellisen <ETurner@irell.com<mailto:ETurner@irell.com>>; Troy Smith <troy.smith@gray-robinson.com<mailto:troy.smith@gray-robinson.com>>; Cole Carlson <Cole.Carlson@gray-robinson.com<mailto:Cole.Carlson@gray-robinson.com>>; Stephen G. Anderson, Ph.D. <Stephen.Anderson@gray-robinson.com<mailto:Stephen.Anderson@gray-robinson.com>>
Cc: Doroshow, James E. <JDoroshow@foxrothschild.com<mailto:JDoroshow@foxrothschild.com>>; Schwartz, Jeff E. <JESchwartz@foxrothschild.com<mailto:JESchwartz@foxrothschild.com>>; Puri, Ashe P. <apuri@foxrothschild.com<mailto:apuri@foxrothschild.com>>; McNamara, Megan A. <mmcnamara@foxrothschild.com<mailto:mmcnamara@foxrothschild.com>>; Albert, Roxanne <RAlbert@foxrothschild.com<mailto:RAlbert@foxrothschild.com>>; von Hartmann, Andrea <avonhartmann@foxrothschild.com<mailto:avonhartmann@foxrothschild.com>>
Subject: RE: DePuy v. VOI - Notice of Subpoenas


Dear Jason,

We are working with two extremely busy veterinary surgeons to identify available dates as quickly as we can. Please keep in mind that we promptly notified you as a courtesy that neither Dr. Beale nor Dr. Hulse would be available on the noticed dates. Please also keep in mind you did not serve us the subpoenas until late on a Friday night (approximately 9:50 p.m.).