UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: BRIAN BEALE

DEPUY SYNTHES PRODUCTS, INC.
and DEPUY SYNTHES SALES, INC.

        Plaintiffs,

v.

VETERINARY ORTHOPEDIC
IMPLANTS, INC.

        Defendant.
_____/

Civil Case No.: 4:19-mc-2564

## [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

This matter is before the Court on Plaintiffs' Unopposed Motion for Leave to File Under Seal its Response in Opposition to Dr. Brian Beale's Motion to Quash or Modify Subpoena and Motion for Protective Order. The Court having reviewed Plaintiffs' Motion and being duly advised in the premises finds good cause for granting the Motion.

Therefore, it is hereby ORDERED that Plaintiffs' Motion for Leave to File Under Seal is Granted. The Clerk will place and maintain DePuy Synthes's Response in Opposition [Docket No. ___] under seal, to be viewed solely by court personnel or until further order of the court.

Signed at Houston, Texas, this **SEP 3 0 2019** day of September, 2019.

_____
Alfred R. Bennett
United States District Judge

# 38201627 v1